

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00123-CV

Richard C. **RESPONDEK**,
Appellant

v.

**SANDPIPER APARTMENTS**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 2019CV01788
Honorable Gloria Saldana, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Patricia O. Alvarez, Justice

Delivered and Filed: August 7, 2019

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due to be filed on April 17, 2019. By order dated July 3, 2019, appellant's third motion for extension of time was granted, extending the deadline to file appellant's brief to July 22, 2019. Our order stated that if appellant failed to file his brief by July 22, 2019, this appeal would be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.9(a). Because appellant has failed to file his brief, this appeal is dismissed for want of prosecution. *See id*.

PER CURIAM